IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBIN KANDILYN MOORE, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-01308-ESC |
| vs. | § § § | |
| ANDREW SAUL, SOCIAL SECURITY COMMISSIONER; | § § § § | |
| *Defendant.* | § | |

# ORDER

Before the Court in the above-styled cause of action is the Commissioner's Unopposed Motion to Reverse and Remand [#12]. The Court will grant the motion.

**IT IS HEREBY ORDERED** that the Commissioner's Unopposed Motion to Reverse and Remand [#12] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 28th day of May, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE